IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HENRY WASHINGTON,<br>          Plaintiff, | |
| v. | CIVIL ACTION |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,<br>          Defendant. | NO. 14-6326 |

## ORDER

**AND NOW,** this 3rd day of August, 2015, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review [ECF No. 11], Defendant's Response to Request for Review of Plaintiff [ECF No. 14], Plaintiff's Reply Brief [ECF No. 15], and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated July 17th, 2015 [ECF No. 16] to which no objections were filed, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;
2. The relief sought by Plaintiff is **GRANTED** as described below;
3. The case is **REMANDED** to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g), and, in accordance with the Report and Recommendation, for "additional vocational expert testimony including the ALJ's findings regarding Plaintiff's difficulties in activities of living, social functioning, and concentration, persistence and pace and their potential effect on the Plaintiff's ability to obtain or keep a job;"
4. The Clerk of Court shall **CLOSE** this matter statistically.

BY THE COURT:

/S/WENDY BEETLESTONE, J.
_____
WENDY BEETLESTONE, J.